IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02247-ZLW-MEH

BRUCE R. FIELD,

    Plaintiff,

v.

BOARD OF WATER COMMISSIONERS, CITY AND COUNTY OF DENVER,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 13, 2009.**

    Plaintiff's Motion for Leave to Amend Complaint as a Matter of Course [filed October 12, 2009; docket #6] is **denied as moot**. Pursuant to Fed. R. Civ. P. 15(a)(1)(A), Plaintiff may file an Amended Complaint as a matter of course, without leave of court.

    The Clerk of Court is directed to enter the Amended Complaint located at Docket #6-2.