IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 09-cv-02247-ZLW-MEH

BRUCE R. FIELD,

    Plaintiff,

v.

BOARD OF WATER COMMISSIONERS, CITY AND COUNTY OF DENVER,

    Defendant.

_____

ORDER FOR SUPPLEMENTAL BRIEFING
_____

    The matter before the Court is the Motion For Summary Judgment filed by Defendant Board of Water Commissioners, City and County of Denver.  (Doc. No. 51). Plaintiff states on page 18 of his Response brief that "[w]hile it is true that some of the speech Mr. Field used was pursuant to his duties, the speech that is material to this litigation is not."[1]  It is unclear from Plaintiff's brief what speech he is claiming was made pursuant to his duties, and what speech he is claiming was not made pursuant to his duties.  Accordingly, it is

    ORDERED that on or before February 24, 2011, Plaintiff shall file a supplemental brief identifying with particularity, in a numbered list format, each specific, material communication made by Plaintiff which Plaintiff claims was <u>not</u> made pursuant to his

---

[1] Doc. No. 61 at 18.

1

official duties, and stating to whom the communication was made, in what form it was made, the date on which it was made, and a summary of the substance of the communication. Each listed statement shall be supported by an evidentiary citation to the record. Plaintiff shall include no other information or argument in his supplemental brief. It is

FURTHER ORDERED that Defendant may file a response to the supplemental brief, not to exceed three pages, on or before March 2, 2011.

DATED at Denver, Colorado, this 17th day of February, 2011.

BY THE COURT:

_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court