IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 09-cv-02247-ZLW-MEH

BRUCE R. FIELD,

    Plaintiff,

v.

BOARD OF WATER COMMISSIONERS, CITY AND COUNTY OF DENVER,

    Defendant.

## ORDER

This case is set for a **trial to jury for five days commencing at 10:30 a.m. on Monday, July 25, 2011**, at the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado  80294.  The parties will be notified at a later date of the specific courtroom in which the trial will be held.   It is

ORDERED that counsel shall review the pre-trial order and shall file a short status report with the Court on or before **Wednesday, June 15, 2011**, advising the Court of the following:

1. Any problems, factual or legal, which are not adequately disclosed by the pre-trial order.
2. Any witnesses or exhibits not listed in the pre-trial order which are stipulated or allowed by order of court.
3. Matters which counsel believe can be resolved in advance of trial, including motions in limine.
4. Unusual legal questions which counsel anticipate will arise at trial.
5. Changes which should be made in the estimated length of trial as shown by the pre-trial order.
6. Possibilities of settlement.

It is FURTHER ORDERED that all motions in limine shall be filed **on or before Tuesday, July 5, 2011**. Responses to motions in limine (if necessary) shall be filed **no later than Tuesday, July 12, 2011**. It is

FURTHER ORDERED that the parties must comply with D.C.COLO.LCivR 7.1A before filing any motion in limine. It is

FURTHER ORDERED that **a trial preparation conference hereby set on Monday, June 27, 2011, at 2:00 p.m., at which time any pending motions, including motions in limine, will be heard**. The parties will be notified at a later date of the specific courtroom in which the trial preparation conference will be held.

**This Order may be amended or vacated by further Order of the Court.**

DATED AT Denver, Colorado, this 22nd day of February, 2011.

BY THE COURT:

_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court