IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 09-cv-02247-ZLW-MEH

BRUCE R. FIELD,

    Plaintiff,

v.

BOARD OF WATER COMMISSIONERS, CITY AND COUNTY OF DENVER,

    Defendant.

_____

ORDER
_____

    The Court has received Plaintiff's Supplemental Brief In Response To Motion For Summary Judgment (Doc. No. 73). Plaintiff indicates that the supplemental brief lists "what speech [Plaintiff] is claiming was made pursuant to his official duties." (Doc. No. 73 at 1). However, the February 17, 2011, Order For Supplemental Briefing ordered that Plaintiff identify "each specific, material communication made by Plaintiff which Plaintiff claims was not made pursuant to his official duties . . . ." (Doc. No. 69). Accordingly, it is

    ORDERED that Plaintiff shall carefully read Doc. No. 69 and file a second supplemental brief on or before February 28, 2011, identifying with particularity, in a numbered list format, each specific, material communication made by Plaintiff which Plaintiff claims was **not** made pursuant to his official duties, and stating to whom the communication was made, in what form it was made, the date on which it was made,

and a summary of the substance of the communication.  Each listed statement shall be supported by an evidentiary citation to the record.  Plaintiff shall include no other information or argument in his supplemental brief.  It is

FURTHER ORDERED that Defendant may file a response to Plaintiff's second supplemental brief, not to exceed three pages, on or before March 7, 2011.  Defendant is not required to respond to Plaintiff's first supplemental brief (Doc. No. 73).  It is

FURTHER ORDERED that Plaintiff's Motion For Leave To File Corrections To Response To Motion For Summary Judgment (Doc. Nos. 74 and 75) is granted.

DATED at Denver, Colorado, this 24th day of February, 2011.

BY THE COURT:

*Zita Leeson Weinshienk*
_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court