IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-02247-MSK-MEH

BRUCE R. FIELD,

       Plaintiff,

v.

BOARD OF WATER COMMISSIONERS, CITY AND COUNTY OF DENVER,

       Defendant.

ORDER TO CURE DEFICIENCY

Krieger, Judge

       Plaintiff submitted a Notice of Appeal on April 28, 2011. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
        X   is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
        X   is not submitted
        __   is not on proper form (must use the court's current form)
        __   is missing original signature by plaintiff/petitioner on motion
        __   is missing affidavit
        __   affidavit is incomplete
        __   is missing original signature by plaintiff/petitioner on affidavit
        __   affidavit is not notarized or is not properly notarized
        __   other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED this 2nd day of May, 2011.

BY THE COURT:

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge